IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

PRESTON A. SCOTT,  )
  )
    Plaintiff,  )
  )
v.  )   Civil Action No. 3:15CV486–HEH
  )
CORRECTIONAL OFFICER  )
WALKER, *et al.*,  )
  )
    Defendants.  )

### MEMORANDUM OPINION
(Dismissing Action Without Prejudice)

On September 16, 2015, the Court conditionally docketed Plaintiff's action. Plaintiff requested leave to proceed *in forma pauperis*. By Memorandum Order entered on October 6, 2015, the Court directed Plaintiff to pay an initial partial filing fee of $16.27 or state under penalty of perjury that he did not have sufficient assets to pay such a fee within eleven (11) days of the date of entry thereof. *See* 28 U.S.C. § 1915(b)(1). Plaintiff has neither paid the initial partial filing fee nor averred that he cannot pay such a fee. Therefore, Plaintiff is not entitled to proceed *in forma pauperis*. Plaintiff's disregard of the Court's directives warrants dismissal of the action. Accordingly, the action will be dismissed without prejudice.

The Clerk is directed to send a copy of the Memorandum Opinion to Plaintiff.

It is so ORDERED.

                                                  /s/
                                    HENRY E. HUDSON
Date: Oct 27, 2015          UNITED STATES DISTRICT JUDGE
Richmond, Virginia